**DESIGNATED FOR PUBLICATION**
**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

NO: WCW 22-00678

**Judgment rendered and mailed to all parties or counsel of record on March 14, 2023.**

SHAUNTEL WILLIAMS
VERSUS
KENTER, LLC, ET AL.

FILED: 10/21/22

On application of Kenter, LLC, for Supervisory Writ in No. 18-08106 on the docket of the Office of Workers' Compensation – District #3, Parish of Calcasieu, Honorable Jonathan Brown.

| | |
|---|---|
| Eric J. Waltner | Counsel for:<br>Kenter, LLC |
| Shauntel Williams | Counsel for:<br>Shauntel Williams |

Lake Charles, Louisiana, on March 14, 2023.

**<u>WRIT GRANTED AND MADE PEREMPTORY</u>**. We find that the office of workers' compensation court legally erred in its interpretation and application of La. Admin. Code Title 40, Pt. I, § 5705. The 30-day period for seeking reinstatement under La. Admin. Code Title 40, Pt. I, § 5705(C) begins to run the day after the clerk has mailed the notice of the signing of the dismissal judgment. Accordingly, we reverse and set aside the court's ruling.

| _____ | _____ | _____ | _____ | _____ |
|---|---|---|---|---|
| SJG | DKS | CGF | GJO | GEB |